Form B4 - (11/92)                                                                                                    1998 USBC, Central District of Califor

# Form 4.
## LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

In re:  **JOHN C. JEFFERS**                                      Case No.
        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
                                                                 Chapter   **11**

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Feb. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| EDWARD BALCHAN<br>576 WAHSCAO ROAD<br>AB EDMONTON CANADA | | | UNLIQUIDATED | $800,000.00 |
| THE INPUTS NETWORK, INC.<br>15510 SE 169TH ST.<br>RENTON WA 98058 | | | UNLIQUIDATED | $2,000,000.00 |
| RICHARD H. FESSLER<br>1 PRIORS WAY<br>SAN ANTONIO TX 78257 | | | UNLIQUIDATED | $2,285,000.00 |
| RHONDA FARRAH % BARRY ROTHMAN<br>1880 CENTURY PARK EAST #615<br>LOS ANGELES CA 90067 | | | UNLIQUIDATED | $1,414,499.00 |
| STAVER & ASSOCIATES<br>210 E. PALMETTO AVE.<br>LONGWOOD FL 32750 | | | UNLIQUIDATED | $1,446,000.00 |
| PARSONS, DAVIES, KINGHORN & PETERS<br>1875 SO. STATE ST. 3 700<br>SALT LAKE CITY UT 84111 | | | UNLIQUIDATED | $1,640,000.00 |

| In re   JOHN C. JEFFERS | Case No.: |
|---|---|

Form B4 - (11/92)                                                                                           1998 USBC, Central District of California

# List Of Creditors Holding 20 Largest Unsecured Claims

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| GEORGE MILLS<br>576 WASCHAO<br>AB EDMONTON CANADA<br>MORGAN UT. 84321 | | | UNLIQUIDATED | $806,000.00 |
| JOHN COATES<br>14027 MEMORIAL DR #662<br>HOUSTON TX 77079 | | | UNLIQUIDATED | $850,000.00 |
| DR. HAIG AVASIAN<br>540 NO. CENTRAL AVENUE #301<br>GLENDALE CA 91203 | | | UNLIQUIDATED | $900,000.00 |
| DANIEL J. HERLING<br>100 SPEAR STREET STE 1500<br>SAN FRANCISCO CA 94105<br>BC CANADA | | | UNLIQUIDATED | $1,200,000.00 |
| JUDITH R. LARSEN<br>8486-H TYCO ROAD<br>VIENNA VA 22182 | | | UNLIQUIDATED | $745,000.00 |
| PATRICK NORTON<br>10631 E. 115TH STREET<br>SOUTH, BIXBY OK 47008 | | | UNLIQUIDATED | $1,100,000.00 |
| DEUTSCHE INTERNATIONAL 1 LLC<br>11666 MONTANA AVE. 206<br>LOS ANGELES CA 90049 | | | UNLIQUIDATED | $1,600,000.00 |
| PATTON, PETRIE LLP<br>20311 BIRCH STREET # 100<br>NEWPORT BEACH CA 92660 | | | UNLIQUIDATED | $1,200,000.00 |

Form B4 - (11/92)                                                                                                  1998 USBC, Central District of Californ

# List Of Creditors Holding 20 Largest Unsecured Claims

(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or dept. of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| JIMMY HERD<br>131 LAKE APTHORPE DRIVE<br>LAKE PLACID FL 33852 | | | UNLIQUIDATED | $805,000.00 |
| FIRST INTERNATIONAL<br>736 FERNDALE ROAD NORTH<br>ORONO MN 55391 | | | UNLIQUIDATED | $1,040,471.00 |
| RESOURCE FUNDING LTD<br>8100 PENN AVE. SOUTH #150F<br>BLOOMINGTON MN 55431 | | | UNLIQUIDATED | $688,000.00 |
| PETER KRACK/MERCATOR PROFITS LTD.<br>SITE 7, BOX 36<br>RR#1<br>SOUTH SLOCAN, BC CANADA<br>INDONESIA | | | UNLIQUIDATED | $3,000,000.00 |

Declaration Under Penalty of Perjury
on Behalf of a Corporation or Partnership

INDIVIDUAL

I, of the Business named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7-15-02

